John L. Inglis, Plaintiff in Error, vs. Daniel A. Finlayson, Defendant in Error.

Writ of error to Circuit Court, Jefferson county; John W. Malone, Judge.

Angus Paterson and H. J. Call 'for Plaintiff in Error.

T. L. Clarke, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*